IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00132-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  RICHARD C. SHAW,

    Defendant.

---

ORDER PERMITTING DISCLOSURE OF GRAND JURY MATERIAL
---

    THE COURT has reviewed the Motion by the United States to Disclose Grand Jury Material (doc. #6) in the above captioned case.  Federal Rule of Criminal Procedure 6(e)(3)(D) provides that the Government may file this motion requesting disclosure ex parte.  As grounds therefor the Government has stated:

    The Government has obtained testimony from one or more persons who may be called as trial witnesses.  Early disclosure of this material may assist the defendant in preparing for trial.

    Disclosure of pertinent portions of the Grand Jury transcripts or other materials obtained by grand jury subpoenas may be in the best interests of justice.  In the course of preparation for trial and during the conduct of certain pretrial matters and at trial it may be appropriate to disclose to the defense portions of the Grand Jury transcripts or other subpoenaed materials pertaining to certain witnesses for the limited purpose of preparing for and conducting trial and pretrial hearings.  See 18 U.S.C. §3500 and Federal Rule of Criminal Procedure 26.2, 16, 6(e)(3)(C)(I) and (e)(3)(D).

BEING now advised in the premises, the Court Finds, Concludes and Orders the following:

The United States Attorney's Office may disclose to the defense pertinent portions of the transcripts of witnesses' testimony before the Grand Jury or other subpoenaed materials in the above captioned case after it has been determined by the Government that such witness will be called to testify at trial or that the other subpoenaed materials are relevant to the on-going case. The defense attorneys are to maintain control over the material, keeping it in their confidential files and under the control of their confidential employees. The Court's Order here today permits pretrial disclosure and usage of pertinent portions of the Grand Jury transcripts which would be disclosed pursuant to 18 U.S.C. § 3500 or Federal Rule of Criminal Procedure 26.2 and 16.

The Grand Jury material so disclosed is to be used for the purposes of the above captioned case, to include any appeals taken, and for no other purpose until further order of Court.

The United States Attorney's Office is directed to enclose a copy of this Order with any Grand Jury material disclosed pursuant to this Order.

DATED: April 16, 2009

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE
UNITED STATES DISTRICT JUDGE