IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-132-JLK**

**UNITED STATES OF AMERICA,**

          Plaintiff,

v.

**1.    RICHARD C. SHAW,**

          Defendant.

## MINUTE ORDER SETTING TRIAL DATE AND OTHER DEADLINES

Judge John L. Kane **ORDERS**

In an abundance of caution, and because counsel has not yet contacted chambers to obtain a date for a Status Conference and Trial Setting, the court will now set this matter for trial within the Speedy Trial deadline. As indicated in our order dated May 8, 2009, all pretrial motions in this matter are due on or before August 18, 2009; responses to these motions are due August 28, 2009. It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **September 11, 2009, at 2:00 p.m.** If counsel believe evidentiary motions are necessary, a separate hearing date should be requested. It is

FURTHER ORDERED that a 3-day jury trial is set for **September 21, 2009 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated: August 14, 2009