IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-132-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**RICHARD SHAW,**

        Defendant.

**MINUTE ORDER**
*(Changing Time of Hearing)*

Judge John L. Kane **ORDERS**

    The time of the Change of Plea Hearing set for November 6, 2009 is changed from 3:00 p.m. **to 10:00 a.m.**

Dated:  November 3, 2009