IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-132-JLK**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**RICHARD SHAW,**

Defendant.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

The Sentencing Hearing set for February 5, 2010, is **VACATED AND RESET** for **March 5, 2010 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated:  December 1, 2009